IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ackerman, Mark C | Case Number: 04 B 00554 |
|---|---|---|
| | Ackerman, Lisa A | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 1/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 8, 2008
Confirmed: March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,500.00 | |
| Secured: | | 4,000.00 |
| Unsecured: | | 13,071.33 |
| Priority: | | 0.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 1,034.67 |
| Other Funds: | | 0.00 |
| Totals: | 19,500.00 | 19,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Covey Law Firm | Administrative | 1,394.00 | 1,394.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Matco Financial Corp | Secured | 4,000.00 | 4,000.00 |
| 6. | Resurgent Capital Services | Unsecured | 534.52 | 716.06 |
| 7. | Resurgent Capital Services | Unsecured | 28.68 | 38.41 |
| 8. | ECast Settlement Corp | Unsecured | 45.15 | 60.47 |
| 9. | RoundUp Funding LLC | Unsecured | 733.95 | 983.25 |
| 10. | Discover Financial Services | Unsecured | 1,091.01 | 1,461.59 |
| 11. | Matco Financial Corp | Unsecured | 488.00 | 653.77 |
| 12. | Cavalry Portfolio Services | Unsecured | 2,026.45 | 2,714.77 |
| 13. | Resurgent Capital Services | Unsecured | 1,202.14 | 1,610.47 |
| 14. | Retailers National Bank | Unsecured | 18.79 | 25.17 |
| 15. | ECast Settlement Corp | Unsecured | 206.62 | 276.72 |
| 16. | DaimlerChrysler Servs North America | Unsecured | 3,381.80 | 4,530.65 |
| 17. | Bonaventure Medical | Unsecured | | No Claim Filed |
| 18. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 21. | Target | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | Alexian Brothers | Unsecured | | No Claim Filed |
| 24. | Bank One | Unsecured | | No Claim Filed |
| 25. | Michael Greenberg MD | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ackerman, Mark C | Case Number: 04 B 00554 |
|---|---|---|
| | Ackerman, Lisa A | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 1/7/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Physician Anesthesia | Unsecured | | No Claim Filed |
| 27. | Collection Company Of America | Unsecured | | No Claim Filed |
| 28. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,151.11 | $ 18,465.33 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 92.75 |
| 4% | 52.00 |
| 6.5% | 177.36 |
| 3% | 20.31 |
| 5.5% | 160.30 |
| 5% | 48.29 |
| 4.8% | 62.28 |
| 5.4% | 421.38 |
| | _____ |
| | $ 1,034.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

